**Order entered September 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00598-CR

**ORBE JOEL GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1655193-V**

## ORDER

Before the Court is the State's second motion for extension of time to file its brief. We

**GRANT** the motion. We **DIRECT** the Clerk to file the State's brief as of the date of this order.

/s/    CRAIG STODDART
       JUSTICE